In the Matter of the Petition of EDWARD A. ZRAICK and Others, Appellants, for an Order Restraining and Enjoining S. HOWARD COHEN and Others, the Said Persons Constituting the Board of Elections of the City of New York, from Placing the Name of BENJAMIN BRENNER upon Any Voting Machine or upon Any Ballot as a Republican Candidate for County Judge in the General Election to Be Held on November 4th, 1941, and BENJAMIN BRENNER and JOHN R. CREWS, Chairman, Kings County Executive Committee for the Republican Party, etc., Respondents.

— Order affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals granted. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.